# Exhibit "A"



# Exhibit "B"





# Exhibit "C"





# Exhibit "D"

